AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

CHARLES P. RAMSEY

V.

MARINE TRANSPORT CORPORATION, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 6798

JUDGE KARAS

TO: (Name and address of Defendant)

CROWLEY MARITIME CORP.
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID J. BERG
CAROLYN M. LATTI
LATTI & ANDERSON LLP
30-31 UNION WHARF
BOSTON, MA 02109
(617) 523-1000

an answer to the complaint which is served on you with this summons, within ____TWENTY____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        JUL 2 7 2007

CLERK                                                            DATE

_Jessica [signature]_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/10/07 |
| NAME OF SERVER (PPJNT) KEVIN S. DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: CROWLEY MARITIME CORP C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD. WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/10/07
              *Date*

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.