FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street
New York, NY 10005
(212) 425-1900
Patrick J. Bonner (PB3352)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES P. RAMSEY,

                Plaintiff,

     -against-

MARINE TRANSPORT CORPORATION,
MARINE PERSONNEL & PROVISIONING
COMPANY LLC, CROWLEY MARITIME
CORP., WILMINGTON TRUST COMPANY,
WILMINGTON TRUST COMPANY AS
OWNER TRUSTEE FOR DELAWARE BAY
VESSEL TRUST

                Defendants.
-----------------------------------------------------------X

07 Civ. 6798 (KARAS)

**Rule 7.1 Statement**

      Defendants by and through their undersigned attorneys, Freehill Hogan & Mahar, LLP and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify that defendant Wilmington Trust Company is a wholly owned subsidiary of Wilmington Trust Corporation, a publicly traded Corporation (N.Y.S.E:W.L.) and further certifies that none of the other defendants or their corporate parent is a publicly traded corporation.

Dated:   New York, New York
           August 30, 2007

                                      Respectfully submitted,
                                      FREEHILL HOGAN AND MAHAR, LLP
                                      Attorneys for Defendants

                         By: _____
                            Patrick J. Bonner
                            80 Pine Street
                            New York, NY 10005
                            (212) 425-1900

NYDOCS1/289407.1